RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Keisha_Matthews@fd.org

*Attorney for Petitioner Carlos Useda Sanchez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Carlos Useda Sanchez,<br>Petitioner,<br>v.<br>Blanche et al.,<br>Respondents. | Case No. 2:26-cv-02610-GMN-NJK<br>**Stipulation to Continue Deadline to File Amended Petition**[1]<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Tamer Botros, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Karamjit Singh, that the briefing schedule in this case be extended by 10 days. Thus, the deadline to file the amended petition would be extended to September 10, 2026.

The Stipulation is entered into for the following reasons:

1. Respondents' counsel needs additional time to request the audio recordings of Petitioner's detention hearing from EOIR.

2. The petitioner is detained and does not object to the continuance.

[1] This stipulation request is untimely filed.

3. The government does not oppose the request for a continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 1st day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By _/s/ Keisha K. Matthews_
KEISHA K. MATTHEWS
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By _/s/ Tamer Botros_
TAMER BOTROS
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carlos Useda Sanchez,

Petitioner,

v.

Blanche et al.,

Respondents.

Case No. 2:26-cv-02610-GMN-NJK

**Order**

**IT IS HEREBY ORDERED** that the Amended Petition currently due August 31, 2026 now is due September 10, 2026.

**DATED** this __1__ day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT