**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARLOS USEDA SANCHEZ,

Petitioner,

vs.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-02610-GMN-NJK

**ORDER GRANTING MOTION TO MODIFY TRANSFER ORDER**

Pending before the Court is Petitioner Carlos Useda Sanchez's Motion to Modify Transfer Order, (ECF No. 20). On August 20, 2026, this Court entered a service order enjoining Respondents from "removing or transferring Petitioner outside of the District of Nevada pending further order of the Court." (Service Order 2:5–6, ECF No. 3). In his Motion to Modify Transfer Order, Petitioner explains that he wishes to submit to voluntary removal to Mexico. (Mot. Modify 1:23–25, ECF No. 20). Petitioner accordingly requests that this Court modify its Service Order to permit Respondents to transfer Petitioner out of the District of Nevada to effectuate his voluntary removal. (*Id.* 2:1–11).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Modify Transfer Order, (ECF No. 20), is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents may transfer Petitioner out of the District of Nevada to effectuate his voluntary removal to Mexico.

///

///

///

///

**IT IS FURTHER ORDERED** that the parties must file a Joint Status Report no later than November 2, 2026, advising the Court if and when Petitioner was removed.

**DATED** this 21 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT